OLSHAN FROME WOLOSKY LLP
Safia A. Anand
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

ARMSTRONG TEASDALE LLP
Jennifer E. Hoekel (*Pro Hac Vice* pending)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN WAGERING, INC. *doing business as* WILLIAM HILL US,<br><br>                                  Plaintiff,<br><br>          -against-<br><br><br><br>FANDUEL INC.,<br><br>                                  Defendant. | **Civil Action Number: 2: 18-cv-15204-WJM-MF**<br><br>**Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure** |

NOTICE IS HEREBY GIVEN that the above-entitled action be and the same is voluntarily dismissed as against FanDuel, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and without costs, disbursements, and attorney's fees to any party as against the other, and this notice may be filed with the Clerk of the Court without further notice.

3838197-1

Dated: New York, New York
January 11, 2019

By: */s/ Safia A. Anand*

Safia A. Anand
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Telephone: 212-451-2300
Fax: 212-451-2222
Sanand@olshanlaw.com

And

Jennifer E. Hoekel (*pro hac vice* pending)
ARMSTRONG TEASDALE LLP
7700 Forsythe Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
jhoekel@armstrongteasdale.com
*Attorneys for Plaintiff*

3838197-1